[No. 24438-1-II. Division Two. June 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS R. GOYETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 98-1-00396-1, James B. Sawyer II, J., entered March 4, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 23731-8-II. Division Two. June 30, 2000.]

BERNARD L. HARGRAVE, JR., ET AL., *Respondents*, v. JANETTA L. NELSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-2-03288-5, Leonard W. Costello, J., entered August 14, 1998. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 25308-9-II. Division Two. June 30, 2000.]

*In the Matter of the Personal Restraint Petition of* GERALD PETTIT, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Tabor, J. Pro Tem., concurred in by Seinfeld and Hunt, JJ.

[No. 23478-5-II. Division Two. June 30, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE LEE NOBLES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00528-2, Karen L. Strombom, J., entered June 23, 1998. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Bridgewater, JJ.